**Ronnie H. CARROLL, Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.**

No. 00–1656.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 22, 2000.

Decided Jan. 8, 2001.

W. Daniel Mayes, Aiken, SC, for appellant. Frank W. Hunger, Assistant Attorney General, J. Rene Josey, United States Attorney, John Berkley Grimball, Assistant United States Attorney, Deana R. Ertl Lombardi, Chief, Teresa H. Abbott, Assistant Regional, Social Security Administration, Denver, CO, for appellee.

Before WIDENER and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronnie H. Carroll appeals the district court's order upholding the decision of the Commissioner of Social Security finding that Carroll is not disabled and not entitled to disability insurance benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Carroll v. Apfel,* No. CA–95–765–22 (D.S.C. Feb. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*